UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

KEVIN YOUNG,
Institutional ID No. 02520191

    Plaintiff,

v.

No. 1:24-CV-00113-H

FNU MUHIRE, *et al.*,

    Defendants.

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation for disposition of this case. Specifically, the Magistrate Judge recommended that the Court (a) require Defendant Matthew Clopton to answer Plaintiff's claim that he used excessive force in violation of the Fourth Amendment during Plaintiff's arrest on November 13, 2023, and (b) dismiss with prejudice Plaintiff's remaining claims against all other defendants under 28 U.S.C. § 1915A for failure to state a claim. No objections were filed. The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The Court therefore orders:

1.    The Court will enter a separate order directing service and requiring Defendant Matthew Clopton to answer or otherwise plead to Plaintiff's claim that he subjected Plaintiff to excessive force in violation of the Fourth Amendment on November 13, 2023.

2. Plaintiff's remaining claims against Defendant Muhire and another other unnamed officers for using threatening language and confining him in the restraint chair are dismissed with prejudice under 28 U.S.C. § 1915A for failure to state a claim. There is no just reason for delay in entering a final judgment and final judgment will be entered as to these claims and Defendants pursuant to Federal Rule of Civil Procedure 54(b).

3. All relief not expressly granted and any pending motions are denied.

4. The caption of this case is changed to *Young v. Clopton* to reflect that Defendant Clopton is the only remaining defendant in this case.

So ordered on October 2, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge